UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80630-CIV-DIMITROULEAS/SNOW

MYRNA L. STERNBERG,

    Plaintiff,

v.

GABLES RESIDENTIAL SERVICES, INC.,

    Defendant.
_____/

## ORDER EXTENDING PRETRIAL DEADLINES; RESETTING TRIAL DATE AND CALENDAR CALL

THIS CAUSE is before the Court on Plaintiff, MYRNA L. STERNBERG's Unopposed Motion to Extend Deadlines [DE 16] (the "Motion"), filed herein on December 13, 2016. The Court has carefully reviewed the Motion, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 16] is **GRANTED** as follows:

### Trial Date & Location

1. This case is **RESET** for trial on the two-week calendar commencing Monday, September 11, 2017.  Counsel for all parties shall appear at a calendar call commencing at 10:00 A.M. on Friday, September 8, 2017.  Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

## Pretrial Schedule

2. The remaining pretrial deadlines are hereby **RESET** as follows:

| | |
|---|---|
| Discovery Cutoff | - May 17, 2017 |
| Substantive Pretrial Motions | – June 16, 2017 |
| Daubert Motions | – 60 days before calendar call |
| Mediation Cutoff | – 60 days before start of the trial's two-week calendar |
| Mandatory Pretrial Stipulation | – August 25, 2017 |
| Motions in Limine | – August 25, 2017 |
| Responses to Motions in Limine | – September 1, 2017 |
| Jury Instructions *or* Proposed Findings & Conclusions | – September 1, 2017 |
| Voir Dire Questions | – Calendar call |
| Exhibit List for Court | – First day of Trial (impeachment excepted) |
| Witness List for Court | – First day of Trial (impeachment excepted) |

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 13th day of December, 2016.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record